UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

YAR SAR ALI,

      Petitioner,

         v.                     CAUSE NO. 3:26-CV-167-CCB-SJF

BRIAN ENGLISH,

      Respondent.

## ORDER

The respondent, by counsel, filed a notice certifying that he has complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on April 17, 2026, under the same conditions of supervised release. ECF 11. The court entered the order granting habeas relief on April 16, 2026. ECF 9.

For these reasons, the court **DIRECTS** the clerk to enter judgment consistent with the order granting habeas relief (ECF 9) and to close this case.

SO ORDERED on April 22, 2026.

                                    */s/Cristal C. Brisco*
                                    CRISTAL C. BRISCO, JUDGE
                                    UNITED STATES DISTRICT COURT